POUKER, Appellant, v. CUVILLIER, Respondent. (Supreme Court, Appellate Division, First Department. November 1, 1911.) Action by Hyman Pouker against Louis A. Cuvil-

lier. A. S. Gilbert and A. G. Meyer, for appellant. L. A. Cuvillier and J. J. Dowling, for respondent.

PER CURIAM. Order affirmed. Order filed.
CLARKE, J., dissents.